United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 20-04315-MFH
CORY GREGORY PEER     Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: jtd0107     Page 1 of 1
Date Rcvd: Jan 06, 2021     Form ID: nodsci     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CORY GREGORY PEER, PO BOX 110154, NASHVILLE, TN 37222-0154 |
| cr | + | James Perkins, c/o Michael Braun, PO Box 364, Brentwood, TN 37024-0364 |
| cr | + | Janella Limbo, c/o Michael Braun, PO Box 364, Brentwood, TN 37024-0364 |
| 7205110 | | ADVANCE FINANCIAL, NASHVILLE TN |
| 7205109 | + | JAMES PERKINS, 5210 WILLAGE WAY, NASHVILLE TN 37211-7300 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL FRANKLIN BRAUN | on behalf of Creditor James Perkins mfb@braun-law.com |
| THOMAS LARRY EDMONDSON, SR | larryedmondson@live.com ledmondson@ecf.axosfs.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 3

Form nodsci (rev 04/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:20−bk−04315
#### Chapter 7

In re:

CORY GREGORY PEER
PO BOX 110154
NASHVILLE, TN 37222

Social Security No.:
xxx−xx−2107

## NOTICE OF NO DISCHARGE

    Pursuant to Rule 4006 of the Federal Rules of Bankruptcy Procedure, you are hereby NOTIFIED that this bankruptcy is being closed without the entry of a discharge.

Dated: 1/6/21

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court

BY: /s/ jtd
Deputy Clerk